The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOOBA SHAHID,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.D. Citizenship and Immigration Services; DANIELLE LEHMAN, in her official capacity as Director of San Francisco Asylum Office; MARKWAYNE MULLIN,[1] in his official capacity as Secretary of Homeland Security; TODD BLANCHE,[2] in his official capacity as Acting United States Attorney General; and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:25-cv-02756-RAJ<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Plaintiff TOOBA SHAHID brought this action pursuant to the Administrative Procedures Act, 5 U.S.C. § 555(b) and 706(1), and the Mandamus Act, 28 U.S.C. § 1361, alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form I-

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Department of Homeland Security Secretary Markwayne Mullin for Kristi Noem.

[2] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting United States Attorney General Todd Blanche for Pamela Bondi.



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

589, Application for Asylum. On July 15, 2026, USCIS notified Plaintiff that her application for asylum had been referred to an immigration judge for adjudication in removal proceedings. By this referral, USCIS has completed its adjudication of the matter, and final adjudication rests with the immigration court. Accordingly, the parties jointly move to dismiss the present case before this Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 5th day of August, 2026.

GIBBS HOUSTON PAUW

*s/ Fiona McKinnon*
A. FIONA MCKINNON, WSBA No. 40842
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Phone: (3206) 682-1080
Email: fiona.mckinnon@ghp-law.net

*Attorney for Plaintiff*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 101 words, in compliance with the Local Rules.*

**ORDER**

This matter is dismissed without prejudice and without fees or costs to either party.

It is so **ORDERED**.

DATED this 6th day of August, 2026.

The Honorable Richard A. Jones
United States District Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970